

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00112-CV

———————————————

IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
Relator

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-339994-23

Before Kerr, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, the record, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  April 12, 2024